# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CASSANDRA WARE, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MERRITT HOSPITALITY, LLC, a Delaware Limited Liability Corporation, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-07793-FWS-KES<br><br>[Assigned to the Hon. Fred W. Slaughter]<br><br>**ORDER GRANTING JOINT REQUEST FOR VOLUNTARY DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE**<br><br>Case Removed: September 30, 2021<br>Complaint Filed: August 12, 2021<br>Trial Date: May 2, 2023 |

# ORDER

WHEREAS, Cassandra Ware ("Plaintiff") and Merritt Hospitality, LLC ("Defendant") (collectively, the "Parties") have submitted a Joint Request for Voluntary Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties herein have resolved the claims asserted in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED**

DATED: July 25, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE